

# Industrial Automation
## Forward together.

Rochester Hills, MI    Franklin, KY    Montgomery, AL    Querétaro, México

# fax

| | | | |
|---|---|---|---|
| **TO:** | Berry Plastics | **FROM:** | Katelynn Haas |
| **FAX:** | 270-746-1101 | **PAGES:** | 3 including cover |
| **PHONE:** | | **DATE:** | 3/12/2015 |
| **RE:** | Invoices 6521 and 6522 | **CC:** | (Names) |

Comments:

Please process the attached invoice for payment. Feel free to contact me with any questions.

*Katelynn Haas*, Accountant

2868 Waterview Drive, Rochester Hills MI 48309
Phone 248.598.5900 | Direct 248.598.5971 | Fax 248.598.5286 | khaas@industrialautomationllc.com | Website

**EXHIBIT B**

# INVOICE

Industrial Automation
2968 Waterview Drive
Rochester Hills, MI 48309
Ph:248-598-5900 Fx:248-598-5296

INVOICE NO: 6522
INVOICE DATE: 03/12/2015

**BILL TO:** BERRY
Berry Plastics
360 Southwood Ct.
Bowling Green, KY 42101
USA

**SHIP TO:**
Berry Plastics
360 Southwood Ct.
Bowling Green, KY 42101
USA

| CUSTOMER PO | TERMS | SHIP VIA | FREIGHT TERMS |
|---|---|---|---|
| 1853800 | Net 60 Days | N/A | |

| LN | ORDERED U/M | INVOICED | BACKORD | ITEM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 0.00 | 1.00 | 0.00 | BOTTLE CAP VISION INSPECTION 1-5/8" 30% UPON DESIGN APPROVAL ORDER: 2569 <br><br> Total Purchase Order Amount $23,900 <br><br> Terms: <br> 30% UPON PO <br> 30% UPON DESIGN APPROVAL <br> 30% UPON RUN-OFF ACCEPTANCE @ IA <br> 10% UPON RUN-OFF ACCEPTANCE @ CUSTOMER | 9,960.00 | 9,960.00 |

OK

VOUCHER # 831204b
BATCH # 753b5218
DATE 4/20/15

| Tax Codes | Tax Amt |
|---|---|
| KY Sales Tax 6% | 597.60 |

| | |
|---|---|
| SUBTOTAL | 9,960.00 |
| PREPAID | 0.00 |
| FREIGHT | 0.00 |
| MISC. CHARGES | 0.00 |
| SALES TAX | 597.60 |
| BALANCE DUE | 10,557.60 |

# INVOICE

Industrial Automation
2968 Waterview Drive
Rochester Hills, MI 48309
Ph:248-598-5900 Fx:248-598-5296

INVOICE NO: 6521
INVOICE DATE: 03/12/2015

**BILL TO:** BERRY
Berry Plastics
360 Southwood Ct.
Bowling Green, KY 42101
USA

**SHIP TO:**
Berry Plastics
360 Southwood Ct.
Bowling Green, KY 42101
USA

| CUSTOMER PO | TERMS | SHIP VIA | FREIGHT TERMS |
|---|---|---|---|
| 1853800 | Net 60 Days | N/A | |

| LN | ORDERED T/M | INVOICED | BACKORD | ITEM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 0.00 | 1.00 | 0.00 | BOTTLE CAP VISION INSPECTION 1-5/8" 30% UPON PO ORDER: 2569 | 9,960.00 | 9,960.00 |

Total Purchase Order Amount $23,900

Terms:
30% UPON PO
30% UPON DESIGN APPROVAL
30% UPON RUN-OFF ACCEPTANCE @ IA
10% UPON RUN-OFF ACCEPTANCE @ CUSTOMER

VOUCHER # 831205|
BATCH # 7536528
DATE 4/20/15

| Tax Codes | Tax Amt |
|---|---|
| KY Sales Tax 6% | 597.60 |

| | |
|---|---|
| SUBTOTAL | 9,960.00 |
| PREPAID | 0.00 |
| FREIGHT | 0.00 |
| MISC. CHARGES | 0.00 |
| SALES TAX | 597.60 |
| BALANCE DUE | 10,557.60 |

Page 1